# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Marica R. Johnson

       Plaintiff,

v.               Case No.: 1:10–cv–03404
                Honorable Joan H. Lefkow

Koppers Inc.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 17, 2010:

  MINUTE entry before Honorable Joan H. Lefkow: Status hearing held on 8/17/2010. Plaintiff is granted leave to amend complaint by 8/31/2010 and effect service on defendant as soon as possible. Status hearing continued to 10/19/2010 at 8:30 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.